IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GREGORY MAVERICK HILTON | ) | |
| | ) | |
| v. | ) | CV 415-274 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) ) | |

ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Clerk is ordered to close this case.

So ORDERED, this 7 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA